UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

ISAMAR MORALES COTTO

DEBTOR(S)

**AMENDED DOCUMENT**

CASE NO.    14-01259-BKT

CHAPTER 13

## TRUSTEE'S FAVORABLE REPORT
## ON POST CONFIRMATION MODIFIED PLAN DATED 7/23/2016

With respect to the above-referred payment plan with a base of $45,000.00 the Trustee Renders the following recommendation:

**X FAVORABLE**                    **☐ UNFAVORABLE**

The liquidation value of the estate is: $8,761.00 (PV: $10,163.00)

1. [ ] FEASIBILITY 11 USC § 1325(a)(6):

2. [ ] INSUFFICIENTLY FUNDED § 1325(b):

3. [ ] UNFAIR DISCRIMINATION § 1322(b):

5. [ ] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

4. [ ] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

6. [ ] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

7. [ ] OTHER:

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

DATE: 8/9/2016

ROBERTO FIGUEROA

COUNSEL FOR DEBTOR(S)

/s/ Miriam Salwen Acosta
Miriam Salwen Acosta
USDC # 208910

**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC-LV